# BANCO POPULAR

BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Las Catalinas Mall          041 20130529

Payee: JM DIAZ CORP

Remitter: CRISTINO PANIAGUA-ROSARIO

041 PR43255    0508 05/29/2013 15:43 BankChecksCASH

**OFFICIAL CHECK CUSTOMER RECEIPT AND AGREEMENT**

Check No.: 103104100027620
Date: 05/29/2013

Amount: $45,000.00
Fee: $8.00
Total: $45,008.00

**NOTICE TO CUSTOMERS:**
You usually cannot stop payment of the attached check after you send it to the payee. If it is lost, stolen, or destroyed, notify Source Bank immediately. You may be required to buy an indemnity or surety bond before a replacement or refund is issued.

CHK-001 / 05-06

---

ORIENTAL BANK AND TRUST

CAGUAS SUCURSAL

TR:23    2207-4    05/30/13    09:45 AM

DEPOSITO DE CHEQUES

NO. DE CUENTA:          XXXXX8965

CANTIDAD RECIBIDA:
CHEQUES:                $45,000.00

CANT. DEPOSITADA:       $45,000.00

GRACIAS POR SU VISITA!
1-800-981-5554
www.OrientalOnline.com

A878368

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | TRANS AMT | END BAL |
|---|---|---|---|---|---|---|
| 14JUN13 | 635 | Share Withdrawal | 46588-0 | | 15000.00 | |

Payee: ADLER GROUP

CHECK NO: 93584

ADLER GROUP***
RE: AVANCE NOMINA

RETAIN THIS PORTION FOR YOUR RECORDS

| DATE | TELLER | TRANSACTION / TYPE | ACCOUNT-SFX | PREV BAL | TRANS AMT | END BAL |
|---|---|---|---|---|---|---|
| 14JUN13 | 635 | Share Withdrawal | 46588-0 | | 15000.00 | |

Payee: ADLER GROUP

CHECK NO: 93584

REORDER 909 · U.S. PATENT NO. 5538290, 5575508, 5641183, 5785353, 5984364, 6030000

CK#42 - $2,200.00 - 11/15/2012

CK#55 - $904.00 - 02/14/2013

CK#58 - $1,941.50 - 02/25/2013

CK#58 - $1,941.50 - 03/04/2013

CK#69 - $1,905.00 - 04/29/2013

CK#75 - $1,360.00 - 06/12/2013

CK#76 - $700.00 - 06/17/2013

## Contrato de Inversión de Capital

Entre, OVM Solutions, LLC, (en adelante OVM), una corporación debidamente registrada y organizada bajo las leyes del Estado de Delaware en los Estados Unidos de América Registro No. 693 y en el Estado Libre Asociado de Puerto Rico, con domicilio en Calle Flor de Sierra 359, Hacienda Real, Carolina Puerto Rico, y en su nombre y representación el Dr. José Torres González, actuando en nombre y representación de este organismo, con poderes suficientes para la celebración de este acto en virtud de lo establecido en los Estatutos de OVM, poderes que no le han sido derogados ni modificados a la firma del presente acuerdo.

y por la otra;

El Ciudadano Rene Rivera Vega, con domicilio en la Calle Flor de Sierra 381, Hacienda Real, Carolina Puerto Rico, mayor de edad, con licencia de conductor No. 1585388, quien en lo adelante y para todos los efectos del presente contrato se denominará "EL INVERSIONISTA", han convenido en celebrar, como en efecto formalmente se celebra, este CONTRATO DE INVERSIÓN DE CAPITAL, el cual se regirá en general por las normas que lo regulan, y en especial por las siguientes cláusulas:

PRIMERO: "EL INVERSIONISTA", aporta en este acto; como monto de inversión al capital de "OVM", la cantidad de cien mil dólares (100.000 US.). "OVM" de igual forma declara recibirlo a total y entera satisfacción, sirviendo este documento como suficiente recibo.

SEGUNDO: Las cantidades de dinero antes referidas y aportadas por "EL INVERSIONISTA" serán utilizadas por "OVM" para que ésta última ejecute la opción de compra y posterior compra de la Caguas Military Academy, escuela preparatoria de K-12, ubicada en el municipio de Gurabo.

TERCERA: Las cantidades antes señaladas devengarán un interés a favor de "EL INVERSIONISTA" del DIEZ (10) POR CIENTO (%) de la inversión total aportada.

CUARTA: El pago de la utilidad referida en la cláusula anterior será entregada a "EL INVERSIONISTA" no más tarde de noventa (90) días luego del cierre del año fiscal. Asimismo queda expreso que cualquier modificación en este aspecto quedará sujeto a la aprobación por escrito de las partes.

QUINTA: En ningún caso la inversión objeto de este contrato representará para "EL INVERSIONISTA", la adjudicación de acciones de "OVM".

SEXTA: Durante la vigencia de éste contrato "OVM" no podrá; sin el previo y expreso consentimiento por escrito de "EL INVERSIONISTA" disolverse, ni ser fusionada o absorbida por otra sociedad mercantil.

SÉPTIMA: Si en el decurso de este contrato surgiere ambigüedad, oscuridad o deficiencia en su interpretación, las partes tendrán siempre en mira las exigencias de la Ley, de la verdad y de la buena fe.

OCTAVA: Todo litigio, controversia, desavenencia o reclamación resultante, relacionada o derivada de este acto jurídico o que guarde relación con él, incluidas las relativas a su validez, eficacia o terminación, serán resueltas bajo la jurisdicción de la justicia ordinaria del Estado Libre Asociado de Puerto Rico, cuyas normas, administración y decisión se someten las partes en forma incondicional, declarando conocerlas y aceptarlas en su integridad.

Y en prueba de conformidad con cuanto antecede firman el presente documento por duplicado y a un solo efecto, en la ciudad de Carolina a 8 de noviembre de 2012.

OVM Solutions, LLC

Rene Rivera Vega
EL INVERSIONISTA

## Administración

| | | |
|---|---|---|
| Sra. Edna Batalla | Fundadora de Caguas Military Academy |
| Sra. Marisol Díaz | Presidenta Junta de Directores Caguas Military Academy |
| Sr. Pedro J. Rivera | Co - Fundador y Tesorero |
| Dr. Oscar Vázquez | Chief Learning Architect |
| | OVM Personnel Solutions |
| Dr. José Torres | Presidente Adler Group |
| Sr. Eric Álvarez | Vice Presidente Asuntos Financieros Adler Group, Director Institucional CMA |
| Sra. Linette Rivera | Oficial de Finanzas |
| Sra. Marisol Guzmán | Centro de Datos Escolares |
| Sra. Carola Gabauer | Asistente Administrativo |
| Sra. Xiomara Díaz | Recepcionista Voluntaria |
| Sra. Aida Martínez | Directora Comedor Escolar |

## Facultad

| | |
|---|---|
| Sr. Osvaldo López | Director Docente |
| Sra. Esperanza Donato | Consejera Profesional |
| Sra. Rosalía Rodríguez | Bibliotecaria Voluntaria |
| Sra. Yaritza Garced | Maestra de Matemáticas |
| Sra. Migdalia Díaz | Maestra de Ciencia y Salud |
| Sra. Luz Rivera | Maestra de Español |
| Sra. Rimary García | Maestra de Historia |
| Sra. Isabel Pizarro | Maestra de Inglés |
| Sra. Brenda Ramos | Maestra de Ciencia |
| Sr. Lorenzo Rodríguez | Maestro de Educación Física |
| 1SG Guzmán | JROTC Senior Army Instructor |
| SFC González | JROTC Army Instructor |



Programa de Graduación
Duodécimo Grado
Arianix 2013

Anfiteatro Ignacio Morales Nievas
Universidad del Turabo
Gurabo, Puerto Rico
24 de mayo de 2013



**doralbank**
PO Box 70308 San Juan, PR 00936-8308

**STATEMENT OF ACCOUNT**
ACCOUNT #: XXXXXX8809
Statement Date: 08/30/2013
Page 3

E A M ADMINISTRATION SERVICE
INC
HACIENDA REAL

## CUENTA D. NEGOCIO ACCOUNT                              XXXXXX8809

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| TELEPAGO BPPR TELEPAGOBP 600134310046749 | 814.60 | | 08/06/13 | 414.01- |
| TELEPAGO BPPR TELEPAGOBP 600134310046778 | 1,405.36 | | 08/06/13 | 1,819.37- |
| TELEPAGO BPPR TELEPAGOBP 600134310046795 | 2,756.38 | | 08/06/13 | 4,575.75- |
| RETURNED ITEM, INSUFFICIENT FUNDS, TELEPAGO BPPR TELEPAGOBP 600134310046749 | | 814.60 | 08/07/13 | 3,761.15- |
| RETURNED ITEM, INSUFFICIENT FUNDS, TELEPAGO BPPR TELEPAGOBP 600134310046778 | | 1,405.36 | 08/07/13 | 2,355.79- |
| RETURNED ITEM, INSUFFICIENT FUNDS, TELEPAGO BPPR TELEPAGOBP 600134310046795 | | 2,756.38 | 08/07/13 | 400.59 |
| ATM FOREIGN SERVICE CHARGE FOR Inquiry | .50 | | 08/07/13 | 400.09 |
| NSF RETURNED ITEM FEE | 45.00 | | 08/07/13 | 355.09 |
| ATM FOREIGN SERVICE CHARGE FOR Inquiry | .50 | | 08/09/13 | 354.59 |
| ATM FOREIGN SERVICE CHARGE FOR Inquiry | .50 | | 08/12/13 | 354.09 |
| ATM FOREIGN SERVICE CHARGE FOR Inquiry | .50 | | 08/12/13 | 353.59 |
| ATM FOREIGN SERVICE CHARGE FOR Inquiry | .50 | | 08/12/13 | 353.09 |
| ATM FOREIGN SERVICE CHARGE FOR Withdrawal | .50 | | 08/13/13 | 352.59 |
| POS Purchase 0812 CA CAROLINA WALGREENS #0222 SEQ# 028453 | 21.11 | | 08/13/13 | 331.48 |
| ATM Withdrawal 0812 PR CAROLINA CARRET. 874 KM 7.9 SEQ# 974943 | 21.75 | | 08/13/13 | 309.73 |
| POS Purchase 0817 PR GURABO GULF ODEH 8 GUR SEQ# 011046 | 20.00 | | 08/19/13 | 289.73 |
| POS Purchase 0818 PR JUNCOS GARDEN RESTAURANT SEQ# 099041 | 8.19 | | 08/20/13 | 281.54 |
| POS Purchase 0820 PR CAROLINA NIANI SERVICES IO SEQ# 022201 | 12.68 | | 08/20/13 | 268.86 |
| POS Purchase 0819 PR CAROLINA TOTAL COUNTRY C SEQ# 018574 | 20.00 | | 08/20/13 | 248.86 |
| POS Purchase 0819 PR CAROLINA SUPERMERCADO SE OS SEQ# 007896 | 66.81 | | 08/20/13 | 182.05 |

*** CONTINUED ***



| | ADLER GROUP INC. | | Página | 2 |
|---|---|---|---|---|
| | | | Número de cuenta | 3004805975 |
| | | | Desde | 31 May 2013 |
| | | | Hasta | 28 Jun 2013 |

## TODO NEGOCIOS EFECTIVO

Número de cuenta  3004805975

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 11,080.58 |
| Depósitos y otros créditos | 59 | + | 91,025.53 |
| Cheques pagados y otros retiros | 103 | - | 87,616.29 |
| Balance final | | $ | 14,489.82 |

BALANCE USADO PARA CALCULAR CARGOS POR SERVICIO   0.00

### Resumen de depósitos

| Fecha | Cantidad | | Fecha | Cantidad |
|---|---|---|---|---|
| 06/10 | 105.00 | | 06/11 | 535.00 |
| 06/12 | 4,596.00 | | 06/14 | 15,000.00 |
| 06/20 | 7,300.00 | | 06/24 | 1,800.00 |
| 06/26 | 1,000.00 | | 06/28 | 292.00 |
| 06/28 | 4,735.00 | | | |

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05/31 | Bal. Compens.      0.00 | |
| 05/31 | Tasa int. anual 0.000 % | |
| 06/03 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 2,480.00 |
| 06/03 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 3,556.50 |
| 06/04 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 905.00 |
| 06/04 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 1,427.50 |
| 06/04 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 3,790.00 |
| 06/05 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 20.00 |
| 06/05 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 246.00 |
| 06/05 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 1,025.00 |
| 06/06 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 20.00 |
| 06/06 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 2,410.00 |
| 06/07 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 660.00 |
| 06/10 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 20.00 |
| 06/10 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 1,245.00 |
| 06/11 | ACH POS CREDIT<br>MERCH DEP  MERCHANT SERVICE CUSTID 8023141669<br>ADLER GROUP INC | 1,200.00 |
| 06/11 | Efecto devuelto 00013078 | 7,271.78 |



# ESTADO DE CUENTA

ADLER GROUP INC.
PO BOX 144
CAGUAS PR 00726-0144

Página 1
Número de cuenta 3004805975
Desde 31 May 2013
Hasta 28 Jun 2013

| | |
|---|---|
| Total de depósitos en el Banco | $14,489.82 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA:** 787-281-2000 ó 1-800-726-8263 | **PYMES:** 787-281-3539

Convierta su estado de cuenta en energía. Solicítelo electrónicamente por Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.



### TODO NEGOCIOS EFECTIVO         Número de cuenta 3004805975

| | | |
|---|---|---|
| Balance inicial | $ | 11,080.58 |
| Depósitos y otros créditos | + | 91,025.53 |
| Cheques pagados y otros retiros | − | 87,616.29 |
| Balance final | $ | 14,489.82 |



### TODO NEGOCIO AHORRO           Número de cuenta 4002075003

| | | |
|---|---|---|
| Balance inicial | $ | 0.00 |
| Depósitos y otros créditos | + | 0.00 |
| Retiros y otros débitos | − | 0.00 |
| Balance final | $ | 0.00 |

PO Box 362589, San Juan, Puerto Rico 00936-2589       Miembro FDIC

# Santander

## ESTADO DE CUENTA

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.



13076     $-1,095.00     06/04/13



13163     $-2,000.00     06/12/13



13169     $-1,247.08     06/05/13



13172     $-3,309.60     06/05/13



13178     $-651.00     06/14/13



13180     $-604.50     06/03/13



13181     $-558.00     06/03/13



13183     $-604.50     06/03/13



13185     $-604.50     06/03/13



13186     $-604.50     06/03/13

PO Box 362589, San Juan, Puerto Rico 00936-2589     Miembro FDIC