IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 17-02727 MCF

ADLER GROUP INC

Chapter 11

XXX-XX5067

**FILED & ENTERED ON 6/6/2018**

Debtor(s)

<u>ORDER</u>

On 05/31/18, the Court inadvertently entered an order denying debtor's reply to Eric Alvarez' opposition to the objection to claims #12,#13 and #14 (docket #172). Upon that inadvertence, it is now

ORDERED that the order dated 05/31/18 (docket #172) is hereby VACATED and set ASIDE.

SO ORDERED.

San Juan, Puerto Rico, this 06 day of June, 2018.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: ALL CREDITORS